# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-11376          James & Jean Luke

To Whom It May Concern:

Enclosed please find check #922963 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:   James & Jean Luke
15 Grant Ave.
Troy, NY 12180

**RECEIVED**
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

FILED
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY